IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02309-PSF-BNB

JODDY CARBAJAL, (d/b/a J.C. ENTERTAINMENT),

Plaintiff,

v.

J.L. ENTERTAINMENT, INC., and
JEREMY LARNER a/k/a JEREMY LERNER,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　IT IS ORDERED that the defendants' **Unopposed Motion for Order Permitting Mail Service of Discovery Outside Scheduling Order Time Requirements** (the "Motion"), filed July 22, 2005, is GRANTED.