IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02309-PSF-BNB

JODDY CARBAJAL, (d/b/a J.C. ENTERTAINMENT),

Plaintiff,

v.

J.L. ENTERTAINMENT, INC., and
JEREMY LARNER a/k/a JEREMY LERNER,

Defendants.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Plaintiff's Unopposed Motion to Serve Responses to Defendants' First Set of Requests for Admission out of Time** (the "Motion"), filed on September 14, 2005.

     IT IS ORDERED that the Motion is GRANTED and plaintiff shall serve a portion of his responses to Defendants' First Set of Requests for Admission out of time.

DATED: September 16, 2005