IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-02309-PSF-BNB

JODDY CARBAJAL, (d/b/a J.C. ENTERTAINMENT),

Plaintiff,

v.

J.L. ENTERTAINMENT, INC., and
JEREMY LARNER a/k/a JEREMY LERNER,

Defendants.
_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **October 3, 2005**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated September 19, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge