IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-02309-PSF-BNB

JODDY CARBAJAL, d/b/a J.C. ENTERTAINMENT,

    Plaintiff,

v.

J.L. ENTERTAINMENT, INC.; and
JEREMY LARNER, a/k/a JEREMY LERNER,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulated Motion for Dismissal (Dkt. # 53). The Court, having reviewed the motion and being fully advised in the premises, hereby

ORDERS that the motion is GRANTED, and this action is DISMISSED WITH PREJUDICE, each party shall pay his or its own attorneys fees and costs.

DATED: October 12, 2005

                          BY THE COURT:

                          s/ Phillip S. Figa
                          _____
                          Phillip S. Figa
                          United States District Judge